LINDA WENDELL HSU (SBN 162971)
EKATERINA L. LEVY (SBN 247468)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
Scottsdale Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBY WORTON, ELIZABETH GORMAN, TROY MALONEY,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY, and DOES 1 to 100,<br><br>Defendant. | CASE NO.  2:05-CV-01000-MCE-GGH<br><br>**STIPULATED PROTECTIVE ORDER/CONFIDENTIALITY AGREEMENT REGARDING PRODUCTION OF CERTAIN DOCUMENTS OF DEFENDANT SCOTTSDALE INSURANCE COMPANY IN RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)**<br><br>F.R.C.P. 26 (c)(1)(G) |

Subject to approval of the above-referenced Court, Plaintiffs Colby Worton, Troy Maloney, and Elizabeth Gorman "(Plaintiffs"), and Defendant Scottsdale Insurance Company ("Scottsdale"), hereby stipulate to the production of Scottsdale's "Quality Review" form in response to Plaintiffs' Request for Production of Documents (Set One), subject to the following terms and conditions of this Protective Order and Confidentiality Agreement (hereinafter "Agreement"):

   1.    When used in this Agreement, the terms "Party" and

1

1  "Parties" refer to the Plaintiffs Colby Worton, Troy Maloney, and
2  Elizabeth Gorman, and Defendant Scottsdale.
3       2.   The "Quality Review" form produced by Scottsdale, and
4  its contents, shall be used solely for the issues pertaining to
5  this action.  Except by order of the Court, the "Quality Review"
6  form shall not be used by any Party other than Plaintiffs Colby
7  Worton, Troy Maloney, and Elizabeth Gorman, and Defendant
8  Scottsdale for any other purpose.
9       3.   The "Quality Review" form and its contents shall not be
10 disclosed to any person or entity except in accordance with the
11 terms, conditions, and restrictions of this Protective Order.
12      4.   For purposes of the preparation, trial, and appeal of
13 this action only, and subject to the terms, conditions, and
14 restrictions of this Protective Order, the "Quality Review" form
15 may be disclosed only to the following persons and only to the
16 extent such persons have a legitimate need to see the particular
17 document or information disclosed to them:
18           a.   Any Party to this action, counsel working on
19 this action on behalf of any Party and such person's agents,
20 servants and/or employees; and
21           b.   Independent persons utilized by any Party for
22 the prosecution and/or defense of this action, including but not
23 limited to expert witnesses and/or consultants, and such persons'
24 agents, servants and employees.
25      5.   Before disclosing any matters identified in the
26 "Quality Review" form, to any specified person herein, counsel
27 shall give such person a copy of this Order and shall obtain from
28 such persons a signed written certification in the following

2

Selman Breitman LLP
ATTORNEYS AT LAW

form:

"I hereby acknowledge that I, [name], [position of employment], am about to receive confidential information supplied in connection the litigation entitled COLBY WORTON et al. v. SCOTTSDALE INSURANCE COMPANY et al., United States Court Eastern District of California, Case No.2:05-CV-01000-MCE-GGH. I certify my understanding that such information is to be provided to me pursuant to the terms and restrictions of the Court Order of [date] in this action, and that I have given a copy and have read and understand this Order and agree to be bound by its terms. I understand that such information and any copies that I make of any documents as identified in that Order, or any notes or other records that may be made regarding any such matter, shall not be disclosed to any persons except as defined in that Order."

Each party, and each other person or entity that has agreed to be bound hereto by executing the above written certification, shall maintain a file containing the certifications that said Party or said other person or entity obtains pursuant to this paragraph.

6. If any of the parties to this Protective Order desire to use the document subject to this Protective Order in a motion or at trial of this action, ~~such documents shall be enclosed in an envelope labeled "Confidential Per Court Order."~~ the filing party shall file a motion to seal demonstrating good cause for sealing.

1    7.   This Protective Order is without prejudice to any
2 Party's right to assert any privileges or objections to the
3 admissibility or use of such documents, or any other Party's
4 right to contest such assertions.
5    8.   Nothing in this Protective Order shall reduce the
6 protection afforded to other Documents produced in and testimony
7 and other information generated during the course of this action
8 by any other protective order entered.  **Nothing in this order**
9 **shall preclude its production when required in other court**
10 **actions, or when sought by governmental agencies.**
11    IT IS SO STIPULATED:
12
13 DATED:                        SELMAN BREITMAN LLP
14
15                               By: _____
                                        LINDA WENDELL HSU
16                                      EKATERINA L. LEVY
                                        Attorneys for Defendant
17                                      SCOTTSDALE INSURANCE COMPANY
18
    DATED:                        LAW OFFICE OF ALAN LASKIN
19
20                               By: _____
                                        ALAN M. LASKIN
21                                      Attorneys for Plaintiffs COLBY
                                        WORTON, TROY MALONEY, and
22                                      ELIZABETH GORMAN
23
    IT IS SO ORDERED.
24
25
    DATED: 10/16/08              By: /s/ Gregory G. Hollows
26                                      United States Magistrate Judge
                                        Eastern District of California
27
28 worton.po

4

Selman Breitman LLP
ATTORNEYS AT LAW