LINDA WENDELL HSU (SBN 162971)
CLAIRE Y. CHOO (SBN 252723)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
Scottsdale Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLBY WORTON, ELIZABETH GORMAN, TROY MALONEY,<br><br>            Plaintiffs,<br><br>     v.<br><br>SCOTTSDALE INSURANCE COMPANY, and DOES 1 to 100,<br><br>            Defendant. | CASE NO.  2:05-CV-01000-MCE-GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE IN EXCHANGE FOR WAIVER OF COSTS AND ORDER THEREON**<br><br>Fed. R. Civ. P. 41(a)(1) |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all Defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

   IT IS FURTHER STIPULATED that each party is to bear their respective costs and fees and hereby waive any and all rights to seek such fees.

1

1  IT IS SO STIPULATED:

3  DATED:                          SELMAN BREITMAN LLP

5                                  By: _____
6                                      LINDA WENDELL HSU
                                       CLAIRE Y. CHOO
                                       Attorneys for Defendant
7                                      SCOTTSDALE INSURANCE COMPANY

8  DATED:                          LAW OFFICE OF ALAN LASKIN

10                                 By: _____
                                       ALAN M. LASKIN
11                                     Attorneys for Plaintiffs COLBY
                                       WORTON, TROY MALONEY, and
12                                     ELIZABETH GORMAN

13     IT IS SO ORDERED.

15  DATED: January 26, 2009
                                   _____
                                   MORRISON C. ENGLAND, JR
                                   UNITED STATES DISTRICT JUDGE

163610.1  380.19518

STIPULATION FOR DISMISSAL
CASE NO. 2:05-CV-01000-MCE-GGH

PDF created with pdfFactory trial version www.pdffactory.com